Order Prepared By:
**Matthew B. Crane** (UTB #13909)
FORD & CRANE PLLC
150 W. Commonwealth Ave., Suite 204
Salt Lake City, Uta 84115
Telephone: (801) 753-8002
Facsimile: (801) 407-1770
Email: matthew.crane@fordcranelaw.com
*Attorney for Plaintiff Linda Suda*

### IN THE UNITED STATES DISTRICT COURT,
### IN AND FOR THE CENTRAL DISTRICT OF UTAH

| | |
|---|---|
| LINDA SUDA,<br><br>              Plaintiff,<br><br>vs.<br><br>MID TOWN, LLC, a Utah limited liability company, John Does I – X, XYZ Corporations and/or Limited Liability Companies I – X.<br><br>              Defendants. | **ORDER GRANTING STIPULATED MOTION TO DISMISS**<br><br>Case No. 2:24-cv-00021-DAK-DBP<br><br>Judge Dale A. Kimball<br><br>Magistrate Dustin D. Pead |

This matter is before the Court pursuant to the parties' Stipulated Motion to Dismiss (the "Motion") pursuant to Rule 41(a)(1)(ii). Having reviewed the Motion, and noting that all parties have stipulated therein, there appears good cause that the Motion should be GRANTED.

It is hereby ORDERED, ADJUDGED and DECREED that this action is DISMISSED, with prejudice to refiling, with all parties to bear their own fees and costs.

SO ORDERED this 8th day of October 2024.

_____
District Judge Dale A. Kimball